**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00263-BNB

JOSEPH D. GARCIA,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DR. JOSEPH GARY FORTUNADO, D.O. CMO-SCF,
DR. BUGLEWICZ M.D.,
DR. PAULA FRANTZ - CMO,
JOANIE SHOEMAKER - Director of Prisons [sic] Clinical Services,
U.S. SURGEON GENERAL REGINA BENJAMIN,
U.S. DEPARTMENT OF JUSTICE - U.S. ATTORNEY GENERAL ERIC H. HOLDER,
      JR.,
BEVERLY DOWIS, RN HSA, Colorado Dept. Of Corrections,
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES - SECRETARY
      KATHLEEN SEBELIUS, and
JOHN DOE and JANE DOE 1-5,
All Named Defendants in Their Individual and Official Capacities,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      This matter is before the Court on Plaintiff's "Motion for Status on Civil Action Case and Notify the Court of Continued Maltreatment," filed on April 12, 2011 (Doc. # 6), in which Plaintiff requests that the Court provide an update on the status of his case, and also direct the United States Marshals to effect service. Plaintiff's request for an update on the status of his case is GRANTED.

      Plaintiff was directed to pay an initial partial filing fee of $23.00 by order dated March 10, 2011. Although Plaintiff states in the Motion for Status that he has submitted the $23.00 filing fee, the Court has not received the initial partial filing fee, and has no record of the filing fee being submitted to the Court. Accordingly, the Court will provide additional time for Plaintiff to submit the partial filing fee. Plaintiff will be allowed up to and including **May 16, 2011**, in which to submit the $23.00 partial filing fee, or show cause why he cannot by filing a current certified copy of his trust fund account statement. Failure to do so within the time allowed will result in the dismissal of the instant action without further notice.

Finally, Plaintiff's request for United States Marshals service is DENIED as premature.

Dated:  April 13, 2011