**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00263-PAB-MEH

JOSEPH GARCIA,

       Plaintiff,

v.

P.A. CHAMJOCK, in his individual capacity, and
DR. BUGLEWICZ, in his official capacity,

       Defendants.

---

**AMENDED FINAL JUDGMENT**

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation (Doc #69) of Judge Philip A. Brimmer entered on October 29, 2012 it is

ORDERED that Defendants' Motion for Summary Judgment [Docket No. 49] is GRANTED.  It is further

ORDERED that this case is dismissed and judgment is entered in favor of defendants P.A. Chamjock and Dr. Buglewicz and against Plaintiff Joseph Garcia, and that he shall recover nothing.

Dated at Denver, Colorado this 30th day of October, 2012.

FOR THE COURT:
**JEFFREY P. COLWELL, CLERK**

By: s/ Edward P. Butler
Edward P. Butler
Deputy Clerk